Order entered November 5, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-01478-CV

---

## IN RE CAROL SOLOMON, Relator

---

On Appeal from the 196th Judicial District Court
Hunt County, Texas
Trial Court Cause No. 76,070

---

## ORDER

Before Justices Bridges, O'Neill, and Murphy

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus and motion for emergency relief. We **ORDER** that real parties in interest Pete Yoho and the State of Texas recover their costs of this original proceeding from relator Carol Solomon.

_____
DAVID L. BRIDGES
JUSTICE